# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| IN RE: BLACKBAUD, INC., CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to:*<br><br>AMANDA M. SLOANE,<br>    Plaintiff,<br>v.<br>BLACKBAUD, INC.,<br>    Defendant. | Case No. 3:20-mn-02972-JFA<br><br>MDL No. 2972<br><br>Case No. 3:20-cv-04380 |

## STIPULATION OF DISMISSAL

Pursuant to the terms of the confidential settlement agreement reached between Plaintiff and Defendant Blackbaud, Inc., IT IS HEREBY STIPULATED AND AGREED by the parties and their undersigned counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-referenced case is dismissed with prejudice.

Dated: September 16, 2025    Respectfully submitted,

               **BURR & FORMAN LLP**

               */s/ Celeste T. Jones*
               Celeste T. Jones (Fed. ID # 2225)
               1221 Main Street, Suite 1800
               Columbia, SC 29201
               Tel: 803-799-9800
               Fax: 803-753-3278
               Email: CTJones@burr.com

**TROUTMAN PEPPER LOCKE LLP**

*/s/ Ronald I. Raether, Jr.*
Ronald I. Raether, Jr.
100 Spectrum Center Dr., Suite 1500
Irvine, California 92618
(949) 622-2722
ron.raether@troutman.com

*Counsel for Blackbaud, Inc.*

**LYNCH CARPENTER LLP**

*/s/ Gary F. Lynch*
Gary F. Lynch
Kelly K. Iverson
Jamisen A. Etzel
Nicholas A. Colella
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
(412) 322-9243
Gary@lcllp.com
kelly@lcllp.com
jamisen@lcllp.com
nickc@lcllp.com

**ROGERS PATRICK WESTBROOK AND BRICKMAN LLC**

*/s/ T. Christoper Tuck*
T. Christoper Tuck
T.A.C. Hargrove, II
1037 Chuck Dawley Blvd, Bldg A
Mount Pleasant, SC 29464
(843) 727-6535
ctuck@rpwb.com
thargrove@rpwb.com

*Counsel for Plaintiffs*